UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Luke Lawson | : | Case No. 1:26−cv−01073−JPH |
| | : | |
| Plaintiff(s), | : | Judge Jeffery P. Hopkins |
| v. | : | |
| | : | |
| Echler USA Inc. , et al. | : | |
| | : | |
| Defendant(s). | : | |

**NOTICE OF DEFICIENCY**

Notice of Deficiency: The Court's docket reflects the initiation of the above referenced civil action. The initiating material contains the following deficiency(ies):

**Civil Cover Sheet/Supplemental Cover Sheet.** The above−referenced civil action has been received and filed in this Court without the required Civil Cover Sheet/Supplemental Cover Sheet.

Related Document: Complaint − #1

Please submit the requested information and/or materials **within 30 days** to the below address. If you have electronic filing rights, please file your document electronically using the "Notice − Other" event in CM/ECF. If you do not have electronic filing rights, please mail or hand−deliver your document(s) to the Court.

Please contact the Clerk's Office if you seek further assistance.

Office of the Clerk
Potter Stewart U.S. Courthouse
100 East Fifth St., Rm. 103
Cincinnati, Ohio 45202
513−564−7500
Clerks_Office@ohsd.uscourts.gov

October 21, 2026

**Richard W. Nagel**
**Clerk of Court**

by Deputy Clerk / bjc